SHARON L. GRENELL v. MARTIN G. SIMMONS.

June 25, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK HUBBARD.

June 25, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN MORRIS.

June 25, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY TWINE.

June 25, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. WAYNE WILLIAMS.

June 25, 1985.

Petition for certification denied.